# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LESLIE ANNE MOORE,** as Personal Representative of the **ESTATE OF WINSTON ALEXANDER MOORE, JR.,**
Appellant,

v.

**GALLAGHER 4, LLC,** d/b/a **GALLAGHER GROUP HOME #4, PBS, INC. COMMUNITY RESIDENTIAL HOMES, SHIRLEY GALLAGHER,** individually, and **ADVOCATES IN MOTION, P.A.,**
Appellees.

No. 4D2022-2900

[January 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE17009287.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Jordan A. Dulcie of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellant.

Diane H. Tutt, Samuel B. Spinner, and Dale L. Friedman of Conroy Simberg, Hollywood, for appellee Advocates in Motion, P.A.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***